**STATE OF MONTANA,**
        **Plaintiff,**                                 **NO. ADC-89-090**
    **vs.**                                           **DECISION**
**THEODORE W. ROBERTS,**
        **Defendant.**

On October 20, 1989, the Defendant was sentenced to fifteen (15) years with five (5) years suspended plus conditions; $60 restitution; $1,000 fine, $20 surcharge to be paid during the suspended portion of said sentence for the Criminal Sale of Dangerous Drugs

On August 20, 1992, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and represented himself.

Before hearing the application, the Defendant was advised that the Sentence Review Division is here to consider the sentence which was imposed by Judge McKittrick. This board has the authority to increase the sentence, to leave it as is, or to reduce it. In the event that the Board would decide the alternative to increase the sentence, the proceedings will be stayed, an attorney would be appointed, and the proceedings would be rescheduled for a later date. In the event that the Board determines the sentence will remain as is or reduce it, the Board will go ahead with that decision. The defendant acknowledged that he understood this and stated that he did not wish to proceed and wanted to dismiss his petition for sentence review.

The petition was dismissed without prejudice at this time. Upon showing of good cause, the petitioner can reapply for Sentence Review at a later date.

DATED this 20th day of August, 1992.

**Hon. Ed McLean, Chairman, Hon. Robert J. Boyd, Acting Member and Hon. G. Todd Baugh, Judges.**